SEALED



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 JAN 17 PM 4: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:24CR3007 |
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. § 846 |
| RICHARD TORRES, | 21 U.S.C. § 841(a)(1) and (b)(1)(B) |
| | 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

(Conspiracy to Distribute Methamphetamine)

Beginning on or about December 1, 2021, and continuing to on or about August 1, 2022, in the District of Nebraska and elsewhere, defendant RICHARD TORRES did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

## COUNT II

(Distribution Of Methamphetamine)

On or about August 1, 2022 in the District of Nebraska, defendant RICHARD TORRES did knowingly and intentionally distribute a mixture and substance containing a detectable

1

amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
Danielle Fliam, #25658

2